**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- x

WAJAHAT KHAN,

Plaintiff,

-against-

SHAHID ANWAR,

Defendant.

---------------------------------------- x

ORDER

26 Civ. 4568 (GBD)

GEORGE B. DANIELS, United States District Judge:

This action having been commenced by the filing of a Complaint on May 31, 2026 and the filing of a Summons on June 1, 2026, and Defendant having executed a Waiver of Service on July 3, 2026, and Defendant having otherwise failed to answer, appear, or move with respect to the Complaint, and the time for appearing, answering, or moving having expired, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Plaintiff has judgment against Defendant.

This matter is REFERRED to Magistrate Judge Ona T. Wang for an inquest on damages.

Dated: October 21, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge